UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN LEWIS AND GINA SWIFT

VERSUS                                        CIVIL ACTION NO.: 08-694-JVP-CN

COMMISSIONER RACHEL PITCHER
MORGAN, ET AL

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated December 19, 2008 (doc. 7). Plaintiff has filed an objection which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the claims of plaintiffs, Brian Lewis and Gina Swift, shall be **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 16, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA