UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRIAN LEWIS AND GINA SWIFT

VERSUS CIVIL ACTION NO.: 08-694-JVP-CN

COMMISSIONER RACHEL PITCHER
MORGAN, ET AL

# JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendant, Commissioner Rachel Pitcher Morgan, Judge Janice Clark, Judge Kay Bates, Judge Wilson Fields, Attorney General's Office, Patricia Wilton, Bridget Denicola, David G. Sanders, Doug Welborn, Civil Appeals Department, and against the plaintiffs, Brian Lewis and Gina Swift, and this action is hereby **DISMISSED** with prejudice.

Baton Rouge, Louisiana, January 16, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA